### 31815. RODGERS *v.* WATSON.

DECIDED DECEMBER 2, 1947.

*Frank Grizzard, Frank A. Bowers,* for plaintiff.
*Emmett Smith,* for defendant.

GARDNER, J. As against a general demurrer the petition set out a cause of action. We have set out the petition so that it may speak for itself and save us from analyzing it in great detail. We might call attention, however to only a few of the allegations in the petition which we think are pertinent and have saving averments as against a general demurrer. It will be noted that in paragraph 3 it is alleged that the plaintiff was operating her car "in a careful and prudent manner at a speed not exceeding 25 miles per hour," and that the defendant within approximately 60 feet from her, going in the opposite direction, suddenly turned his car, without warning, to the defendant's left

and onto the left side of the road in the path of the car of the plaintiff which acts of the defendant caused the damage. The allegations of the petition, even though construed most strongly against the plaintiff, to say the least, leave reasonable grounds for two opinions, which should have been submitted to the jury as a question of fact for them and not a question of law for the courts.

There are no contentions presented by either party as to any question of law regarding tort actions. Hence, it would be useless to cite any decisions. The only question is a construction to be placed upon the allegations of the petition as a whole.

The court erred in sustaining the general demurrer, and in dismissing the petition.

*Judgment reversed. MacIntyre, P. J., and Townsend, J., concur.*